UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **SNOW MASTER EVAPORATIVE SNOW SYSTEMS, INC.**, a Florida corporation,<br><br>   Plaintiff,<br>**v.**<br><br>**SMILECLOUDSUSA, INC.,** a Florida corporation<br><br>   Defendant. | **Case No. 2:18-cv-14009-RLR** |

# DEFENDANT, SMILECLOUDSUSA, INC.'S NOTICE TO APPEAR TELEPHONICALLY

Pursuant to the Judge's Order Setting Scheduling Conference, counsel for Defendant, SmileCloudsUSA, Inc., hereby notifies the Court that John S. LeRoy will be appearing telephonically for the Scheduling Conference on February 21, 2018.

Respectfully submitted,

Dated: February 19, 2018

**BROOKS KUSHMAN P.C.**

 /s/ Robert C.J. Tuttle
Robert C.J. Tuttle (Florida Bar No. 84753)
John S. LeRoy (*admitted pro hac vice*)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:  (248) 358-3351
Email:  rtuttle@brookskushman.com
   jleroy@brookskushman.com

*Attorneys for Defendant*



## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February 19, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Robert C.J. Tuttle
Robert C.J. Tuttle (Florida Bar No. 84753)
John S. LeRoy (*admitted pro hac vice*)
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351
Email:  rtuttle@brookskushman.com
           jleroy@brookskushman.com

*Attorneys for Defendant*

## SERVICE LIST
### CASE NO.: 0:18-cv-14009-RLR

NEIL D. KODSI, ESQ.
nkodsi@ndkodsilaw.com

DAVID W. BARMAN, ESQ.
david@thepatentman.com

THE LAW OFFICES OF NEIL D. KODSI
1666 J.F. Kennedy Causeway, Suite 420
North Bay Village, FL  33141
Telephone: 786-464-0841
Facsimile: 954-790-6722

*Attorneys for Plaintiffs*

