IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SNOW MASTER EVAPORATIVE SNOW
SYSTEMS, INC, a Florida Corporation;

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO.  2:18-CV-14009

SMILECLOUDSUSA, INC. a Florida
Corporation;

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff, SNOWMASTERS EVAPORATIVE SNOW SYSTEMS, INC., ("Plaintiff") by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of its voluntary dismissal of this case *without prejudice*.

1. On January 9, 2018, Plaintiff filed its Complaint in the above captioned matter. [DE 1]

2. Defendant has not answered the Complaint or moved for summary judgment.

3. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served either an answer or motion for summary judgment in response to the complaint, a plaintiff may voluntarily dismiss its case without a court order by filing a notice of dismissal.

4. Plaintiff hereby gives such notice of voluntary dismissal.

5. Plaintiff further states that the plaintiff has not previously dismissed any federal or state court action based on or including the same claim.

6. Therefore, Plaintiff respectfully requests that this action be dismissed *without prejudice* as provided under Fed. R. Civ. P. 41(a)(1)(B).

Dated this 7th day of March, 2018.

                                                By: */s/ Neil D. Kodsi*
                                                Neil D. Kodsi, Esq.
                                                Florida Bar No. 0011255
                                                E-mail: nkodsi@ndkodsilaw.com
                                                THE LAW OFFICES OF NEIL D. KODSI
                                                1666 J.F. Kennedy Causeway, Suite 420
                                                North Bay Village, FL 33141
                                                Tel. (786) 464-0841
                                                Fax. (954) 790-6722
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of March, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                                */s/ Neil D. Kodsi*
                                                Neil D. Kodsi, Esq.
                                                Florida Bar No. 0011255

**SERVICE LIST**
**CASE NO.: 0:18-cv-14009-RLR**

Robert C.J. Tuttle (Florida Bar No. 84753)
John S. LeRoy (*admitted pro hac vice*)
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: rtuttle@brookskushman.com
jleroy@brookskushman.com
*Attorneys for Defendant*